# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1934
L.T. Case No. 2010-CF-006102-A

_____

GORDON SHAVERS, III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Gordon Shavers, III, Monticello, pro se.

Ashley Moody, Attorney General, and Zachary Lawton, Assistant Attorney General, Tallahassee, for Appellee.

September 10, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____